JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERVINDER SINGH MIGLANI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EDWARDS LIFESCIENCES, LLC a Limited Liability company; CINDY P. NO, an individual and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:17-cv-00418-JLS(DFM)<br><br>Hon. Josephine L. Staton<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | The Court, having granted the motion for summary judgment of defendants |
| 2 | Edwards Lifesciences LLC and Cindy No (collectively, "Defendants") by Order of |
| 3 | the Court entered on January 8, 2018, hereby ORDERS that the Clerk of Court shall |
| 4 | enter judgment in favor of Defendants and against Plaintiff and shall dismiss this |
| 5 | action with prejudice.  Defendants may apply to the Clerk of Court for their costs |
| 6 | incurred in this action pursuant to Rule 54 of the Federal Rules of Civil procedure |
| 7 | and Local Rules 54-2 and 54-3. |
| 8 | Dated: January 10, 2018 |

_____
Hon. Josephine L. Staton
United States District Judge